In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                                         Chapter 13

FELIX A. DEMURO, JR.

        Debtor(s)                                         Bankruptcy NO.  19-14207-JKF

# Order

And Now, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay to All Creditors Under Section 362 and Under Section 105 (the "Motion"), it is hereby

Ordered that the Automatic Stay under 11 U.S.C. Section 362 is to remain in full force and effect as to all creditors until a hearing is held on **August 21, 2019 at 9:30 a.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107 to consider further extension of the stay.

By the Court:

*/s/ Jean K. FitzSimon*

Dated: July 31, 2019

Jean K. FitzSimon
United States Bankruptcy Judge