United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felix A DeMuro, Jr.  
    Debtor

Case No. 19-14207-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith     Page 1 of 1     Date Rcvd: Jul 31, 2019  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.  
db         +Felix A DeMuro, Jr.,   1601 Worrell Street,   Philadelphia, PA 19124-4425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2019 03:31:11     Synchrony Bank,  
         c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
         bkgroup@kmllawgroup.com  
        MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Felix A DeMuro, Jr. ecfbc@comcast.net,  
         paecfbc@gmail.com  
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
         ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                            TOTAL: 5

In the United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                                                 Chapter 13

FELIX A. DEMURO, JR.

            Debtor(s)                                        Bankruptcy NO.   19-14207-JKF

## Order

And Now, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay to All Creditors Under Section 362 and Under Section 105 (the "Motion"), it is hereby

Ordered that the Automatic Stay under 11 U.S.C. Section 362 is to remain in full force and effect as to all creditors until a hearing is held on **August 21, 2019 at 9:30 a.m.** in Bankruptcy Courtroom #3, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107 to consider further extension of the stay.

By the Court:

*Jean K. FitzSimon*

Dated: July 31, 2019

Jean K. FitzSimon
United States Bankruptcy Judge