UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FELIX A DE MURO, JR.<br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-14207-JKF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 15th day of November, 2019, by first class mail upon those listed below:

FELIX A DE MURO, JR.
1601 WORRELL STREET
PHILADELPHIA, PA  19124

**Electronically via CM/ECF System Only:**

MITCHELL LEE CHAMBERS JR ESQ
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER RD   SUITE #5
BLACKWOOD, NJ  08012-5213

 

                                                */s/ Deborah A. Earnshaw*
                                                Deborah A. Earnshaw
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee