**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Felix A. Demuro, Jr. | : | |
| Debtor | : | Bankruptcy No.  19-14207 |

**CERTIFICATION OF NO OBJECTION**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, does hereby certify that:

1. On June 8, 2020, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of Debtor's Supplemental Fee Application (the "Motion"), together with the related Notice of Motion, Response Deadline and Hearing Date (the "Notice"), upon the Standing Trustee, the Respondent and any other interested parties (collectively the "Interested Parties").

2. The Notice required the Interested Parties to file any answer to the Motion with the Court, and to serve a copy of any such answer upon the undersigned, on or before June 28, 2020.

3. As of the date hereof, no answer to the Motion has been served upon the undersigned.

WHEREFORE, the Motion is uncontested and the undersigned requests the Court to enter the proposed order submitted with the Motion, a copy of which is attached hereto.


Dated:  July 7, 2020                          /s/ Mitchell Lee Chambers, Esq.
                                              Attorney I.D. No. 94318
                                              602 Little Gloucester Road, Suite 5
                                              Blackwood, NJ 08012
                                              (856) 302-1778
                                              Fax (856) 302-177
                                              Counsel for Debtor