#### UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Felix A. Demuro, Jr. | : | |
| Debtor | : | Bankruptcy No.  19-14207 amc |

### ORDER

Upon consideration of Debtor's Motion to Abate and Modify the Chapter 13 Plan (the "Motion"), and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. The Motion is granted;

2. Debtors' Modified Chapter 13 Plan (the "Modified Plan") complies with the requirements of 11 U.S.C. 1322 and 1325(a) and with the other applicable provisions of title U.S.C.; and;

3. The Modified Plan is approved and such plan now constitutes the confirmed plan pursuant to 11 U.S.C. 1329(a)(2).

BY THE COURT  _[signature]_

Dated:_____ , 2020    _____

**Date: July 15, 2020**    **United States Bankruptcy Judge**

cc:

Mitchell Lee Chambers
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

Felix A. Demuro, Jr.
1601 Worrell Street
Philadelphia, PA 19124

Scott F. Waterman, Chapter 13 Trustee
2901 Saint Lawrence Ave.
Suite 100
Reading, PA 19606