| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-14207-AMC

FELIX A DE MURO, JR.
1601 WORRELL STREET
PHILADELPHIA PA   19124

Petition Filed Date: 07/01/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2019 | $500.00 | 1691336898 | 08/02/2019 | $220.00 | 1691336907 | 09/04/2019 | $720.00 | 1664391105 |
| 10/07/2019 | $720.00 | 108502286420 | 11/04/2019 | $720.00 | 108502287685 | 02/11/2020 | $760.00 | 593463 |
| 03/23/2020 | $220.00 | 2514312769 | 03/23/2020 | $500.00 | 2514312768 | 07/06/2020 | $700.00 | 1734992694 |

**Total Receipts for the Period: $5,060.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $3,193.62 | $0.00 | $3,193.62 |
| 2 | PHILADELPHIA FEDERAL CREDIT U<br>»» 002 | Unsecured Creditors | $3,758.00 | $0.00 | $3,758.00 |
| 3 | PA HOUSING FINANCE AGENCY<br>»» 003 | Mortgage Arrears | $44,054.16 | $308.94 | $43,745.22 |
| 4 | SHEFFIELD FINANCIAL<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $574.06 | $0.00 | $574.06 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $227.99 | $0.00 | $227.99 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $8,495.52 | $0.00 | $8,495.52 |
| 9 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $929.33 | $0.00 | $929.33 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $420.93 | $0.00 | $420.93 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 010 | Secured Creditors | $430.61 | $0.00 | $430.61 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $3,880.00 | $3,880.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |

Chapter 13 Case No. 19-14207-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,060.00 | Current Monthly Payment: | $693.00 |
| Paid to Claims: | $4,588.94 | Arrearages: | ($7.00) |
| Paid to Trustee: | $468.04 | Total Plan Base: | $54,256.00 |
| Funds on Hand: | $3.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.