United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Felix A DeMuro, Jr.  
      Debtor

Case No. 19-14207-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 10, 2021      Form ID: pdf900      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felix A DeMuro, Jr., 1601 Worrell Street, Philadelphia, PA 19124-4425 |
| 14351294 | + | ALLSTATE INSURANCE, P.O. BOX 2874, Clinton, IA 52733-2874 |
| 14392320 | + | Bank of America, N.A., c/o Lee S. Raphael, Esq., 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364-6207 |
| 14351299 | + | CENTRAL CREDIT SERVICES, LLC, 9550 REGENCY SQUARE BLVD, SUITE 500A, Jacksonville, FL 32225-8169 |
| 14351307 | #+ | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |
| 14351309 | + | MIDLAND FUNDING, LLC, 530 WALNUT STREET, Philadelphia, PA 19106-3645 |
| 14351311 | + | NPRTO, 256 WEST DATA DRIVE, Draper, UT 84020-2315 |
| 14351310 | | National Penn Bank, Philadelphia & Reading A, Boyertown, PA 19512 |
| 14351314 | + | PA HOUSING FINANCE, 2101 N. FRONT STREET, Harrisburg, PA 17110-1086 |
| 14351316 | + | PHILADELPHIA FEDERAL CREDIT UNION, 12800 TOWNSEND ROAD, Philadelphia, PA 19154-1095 |
| 14355181 | + | Pennsylvania Housing Finance Agency, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14351315 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14351320 | + | STERLING CREDIT CORP, P.O. BOX 675, Spring House, PA 19477-0675 |
| 14351326 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 14351327 | + | WELTMAN, WEINBERG, & REIS, 170 S. INDEPENDENCE MALL W, SUITE 874W, Philadelphia, PA 19106-3334 |
| 14351328 | | Wffnb/mattress Giant, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 11 2021 03:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2021 03:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 11 2021 03:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 03:18:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14351293 | + | Email/Text: EBNProcessing@afni.com | Mar 11 2021 03:56:00 | AFNI, P.O. BOX 3427, Bloomington, IL 61702-3427 |
| 14351295 | + | Email/Text: broman@amhfcu.org | Mar 11 2021 03:56:00 | American Heritage Fcu, 2060 Red Lion Rd, |

Case 19-14207-amc   Doc 74   Filed 03/12/21   Entered 03/13/21 00:57:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2021 | Form ID: pdf900 | Total Noticed: 50 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19115-1699 |
| 14417794 | | Email/Text: megan.harper@phila.gov | Mar 11 2021 03:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14351302 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2021 03:56:00 | COMENITY, P.O. BOX 183043, Columbus, OH 43218-3043 |
| 14351296 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 03:18:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14351297 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 03:18:21 | Capital One / Nautil, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14351298 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 11 2021 03:18:21 | Capital One/Helzberg, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14351301 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2021 03:19:58 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14351303 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2021 03:18:23 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14351304 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 11 2021 03:19:47 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14358650 | | Email/Text: mrdiscen@discover.com | Mar 11 2021 03:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14351305 | + | Email/Text: mrdiscen@discover.com | Mar 11 2021 03:56:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14351306 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 11 2021 03:56:00 | IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14351300 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 11 2021 03:19:44 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14383222 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2021 03:21:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14351308 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2021 03:56:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 14379331 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 11 2021 03:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14351312 | + | Email/PDF: cbp@onemainfinancial.com | Mar 11 2021 03:18:21 | Onemain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14351313 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2021 03:56:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14351317 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2021 03:18:22 | PORTFOLIO RECOVERY ASSOCIATES, P.O. BOX 41067, Norfolk, VA 23541 |
| 14362390 | + | Email/Text: blegal@phfa.org | Mar 11 2021 03:56:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14351318 | + | Email/Text: collections1@primewayfcu.com | Mar 11 2021 03:57:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 14351319 | + | Email/Text: bankruptcy@bbandt.com | Mar 11 2021 03:56:00 | Shefffield Financial, P.O. BOX 1847, Wilson, NC 27894-1847 |
| 14373154 | | Email/Text: bankruptcy@bbandt.com | Mar 11 2021 03:56:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14351981 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 03:19:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14351321 | + | Email/PDF: gecsedi@recoverycorp.com | | |

|  |  |  | Mar 11 2021 03:19:44 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| --- | --- | --- | --- | --- |
| 14351322 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 03:19:44 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14351323 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2021 03:21:14 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14351324 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 11 2021 03:18:25 | VERIZON, 4515 N. SANTA FE AVE, Oklahoma City, OK 73118-7901 |
| 14351325 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2021 03:56:00 | VERIZON WIRELESS, P.O. BOX 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14385389 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14351292 | ##+ | Access Credit Union, Po Box 2206, Bristol, PA 19007-8206 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2021             Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| MITCHELL LEE CHAMBERS, JR. | on behalf of Debtor Felix A DeMuro Jr. ecfbc@comcast.net, paecfbc@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    FELIX A DE MURO, JR.<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-14207-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 10, 2021**                    ASHELY M. CHAN
                                                                  U.S. BANKRUPTCY JUDGE