| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14207-AMC**

FELIX A DE MURO, JR.
1601 WORRELL STREET
PHILADELPHIA PA   19124

Petition Filed Date: 07/01/2019
341 Hearing Date: 08/09/2019
Confirmation Date: 12/11/2019

Case Status: Dismissed After Confirmation on 3/10/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/11/2020 | $760.00 | 593463 | 03/23/2020 | $220.00 | 2514312769 | 03/23/2020 | $500.00 | 2514312768 |
| 07/06/2020 | $700.00 | 1734992694 | | | | | | |

**Total Receipts for the Period:  $2,180.00    Amount Refunded to Debtor Since Filing:  $3.02    Total Receipts Since Filing: $5,060.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $3,193.62 | $0.00 | $3,193.62 |
| 2 | PHILADELPHIA FEDERAL CREDIT U »» 002 | Unsecured Creditors | $3,758.00 | $0.00 | $3,758.00 |
| 3 | PA HOUSING FINANCE AGENCY »» 003 | Mortgage Arrears | $44,054.16 | $308.94 | $43,745.22 |
| 4 | SHEFFIELD FINANCIAL »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $574.06 | $0.00 | $574.06 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 006 | Unsecured Creditors | $227.99 | $0.00 | $227.99 |
| 8 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $8,495.52 | $0.00 | $8,495.52 |
| 9 | LVNV FUNDING LLC »» 008 | Unsecured Creditors | $929.33 | $0.00 | $929.33 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $420.93 | $0.00 | $420.93 |
| 11 | CITY OF PHILADELPHIA (LD) »» 010 | Secured Creditors | $430.61 | $0.00 | $430.61 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $3,880.00 | $3,880.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS JR ESQ | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | FELIX A DE MURO, JR. | Debtor Refunds | $3.02 | $3.02 | $0.00 |

**Chapter 13 Case No. 19-14207-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,060.00 | Current Monthly Payment: | $693.00 |
| Paid to Claims: | $4,591.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $468.04 | Total Plan Base: | $54,256.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.